IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAN CAPITAL CORPORATION | * |
| Plaintiff | |
| v. | *   CIVIL NO. WMN-01-3134 |
| BEN SAWYER | * |
| STEVEN HESS | * |
| Defendants | * |

************

## JUDGMENT BY DEFAULT

It appearing from the records in the above-entitled action that an entry of default for want of answer or other defense was made on November 27, 2001, as to the above-named defendants for failure of said defendants to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that defendants were properly served on October 24, 2001; therefore, it is this 7th day of December, 2001, by the United States District Court for the District of Maryland,

ORDERED and ADJUDGED that judgment by default be and the same hereby is entered in favor of plaintiff **Man Capital Corporation** against defendants **Ben Sawyer and Steven Hess**, jointly and severally, in the amount of $1,186,740.23, plus prejudgment and postjudgment interest from December 1, 2001, at the rate of 10 percent per annum.

William M. Nickerson
United States District Judge